**U.S. Department of Justice**
United States Marshals Service



# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY[1]

**1**

REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY
Name
United States District Court for the Northern District of Oklahoma
Address
333 West Fourth Street, Room 411, Tulsa, Oklahoma 74103 USA

**2**

CASE:
Joshi Technologies International, Inc. v. Consorcio Pegaso and Campo Puma Oriente S.A.
DOCKET No.:
17-CV-359-GKF-FHM

**3**

CENTRAL AUTHORITY OF THE STATE OF ORIGIN
Name
Process Forwarding International
Address
633 Yesler Way, Seattle, Washington 98104 USA

**4**

CENTRAL AUTHORITY OF THE STATE OF DESTINATION
Name
Direccion de Asistencia Juridica Internacional y Movilidad Humana - Ministerio de Relaciones Exteriores
Address
Calle Jeronimo Carrión E1-76 y Av. 10 de Agosto Código Postal: 170526 / Quito - Ecuador

**5**

REQUESTING PARTY
Name
Joshi Technologies International, Inc.
Address
5801 East 41st Street, Suite 603, Tulsa, Oklahoma 74135 USA

**6**

COUNSEL TO THE REQUESTING PARTY
Name
Steven M. Harris
Address
1350 South Boulder Ave., Suite 700, Tulsa, Oklahoma 74119 USA

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name
David F. Garces Jaramillo
Address
Conrad & Scherer, Edificio Officenter, Suite 304, Avenida Pampite S/N y Chimborazo - Cumbaya, Quito, Ecuador

Is this person responsible for costs and expenses?
YES ☒ NO ☐
* If not, check in the amount of _______________ is attached
* Or proof of payment is attached

1 Complete the original and two copies of this form; if A(l) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
* Delete if inapplicable.



Form USM-272
Est. 1/89

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

* A. Requests their prompt service on:

Jose Fabian Romero Castro, Legal Representative for Campo Puma Oriente S.A., and as such, Legal Representative for Consorcio Pegaso. Address: Chimborazo 705 y Pampite, Centro De Negocios "La Esquina", Torre II Of. 14, Sector Cumbaya, Quito - Ecuador

The undersigned authority requests that service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:
Authority:

Dirección de Asistencia Jurídica Internacional y Movilidad Humana at Ministerio de Relaciones Exteriores y Movilidad Humana (Republica del Ecuador)

* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at ____________ this ____________ date of ____________ 20___

| ______________________________ | ______________________________ |
|---|---|
| Signature and stamp of the judicial or other adjudicatory authority of the State of origin | Signature and stamp of the Central Authority of the State of origin |

Title or other identification of each document to be delivered:

One (1) original and two (2) copies of the following documents: Cover Letter (Oficio), Complaint (Doc. 1), Exhibits 1-23 to the Complaint (Doc. 1-1 through Doc. 1-23), Summons to Defendant Consorcio Pegaso, Court Order issuing Letters Rogatory, and Affidavits of Translation; and Complaint, Exhibits 1-23, Summons, Court Order issuing Letters Rogatory, and Affidavits of Translation translated to Spanish.

(Attach additional pages, if necessary.)

* Delete if inapplicable.

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE[1]

To (Name and address of the person being served)

Jose Fabian Romero Castro, Legal Representative for Campo Puma Oriente S.A., and as such, Legal Representative for Consorcio Pegaso

Calle Chimborazo 705 y Av. Pampite, Centro de Negocios "La Esquina", Torre II Of. 14, Parroquia Cumbaya, Quito - Ecuador

You are hereby informed that (Brief statement of nature of service)

A lawsuit has been filed against Consorcio Pegaso in the United States District Court for the Northern District of Oklahoma.

You are being served as Legal Representative for Consorcio Pegaso.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION**
**I ***
**FOR SERVICE**

A. The document being served on you (original or copy) concerns the following:

A lawsuit filed by Joshi Technologies International, Inc. against Consorcio Pegaso and Campo Puma Oriente S.A. (Defendants). The Complaint, Exhibits 1-23, Court Order, Summons, and Affidavits (all in English and Spanish) are attached.

B. The remedies sought or the amount in dispute is as follows:

Damages of not less than $4,275,540 U.S., and that the resolution and loan transactions concerning a loan in the amount of $50,500,000 U.S., are invalid and void with respect to Campo Puma Oriente S.A.

C. By this service, you are requested:

To file an Answer to the Complaint on behalf of Consorcio Pegaso within 21 days of being served.

D. * In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box I (State place, date and hour):

You have 21 days after the Summons is served on you to file a response to the attached Complaint with the Clerk of the United States District Court for the Northern District of Oklahoma.

* You are being summoned to appear as:

Defendant.

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.

* Delete if inapplicable.

* If some other action is being requested of the person served, please describe:

E. If you fail to comply, the consequences might be:

A Default Judgment will be entered against Consorcio Pegaso, with the Court awarding all relief and damages requested in the Complaint. The Judgment would then be executed on, which will include the domestication of said Judgment in an Ecuadorian Court, and collection of said Judgment in Ecuador.

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

Name: Not applicable - the Defendant is required to hire its own legal counsel.

Address:

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

**II ***
**FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY**

To:

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information:

The documents listed in Part III are being furnished to you to facilitate your reply.

* Delete if inapplicable.

**III**
**LIST OF ATTACHED DOCUMENTS**

1) Cover Letter (OFICIO);
2) Complaint and its Exhibits 1-23 in English and their translation to Spanish;
3) Court Order issuing Letters Rogatory and its translation to Spanish;
4) Summons addressed to Defendant Consorcio Pegaso and its translation to Spanish; and
5) Affidavits of Translation in English and Spanish.

(Attach additional pages if necessary.)

Done at ______________________________ this ______________ day

of ______________ 20____

______________________________
Signature and stamp of the
judicial or other adjudicatory
authority of the State of Origin

______________________________
Signature and stamp of
the Central Authority
of the State of Origin

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: ______________________________________________

______________________________________________

______________________________________________

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: ______________________________________________

At (Address) ______________________________________________

By one of the following methods authorized by the Convention.

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

______________________________________________

______________________________________________

______________________________________________

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

______________________________________________

[1] Complete the original and one copy in the language of the State of destination.

* Delete if inapplicable.

* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

______________________________________________________________________

Relationship to the addressee ________________________________________________

(Family, business or other)

* C. That the documents attached to the Certificate have not been served or delivered for the *following reason(s):

______________________________________________________________________

* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at ___________________________ the _____________ day of ______________ 20_____

______________________________________________________________________

Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or copies of any additional documents proving service or delivery, and identify them.

* Delete if inapplicable.